**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SS Body Armor I, Inc., *et al.*, f/k/a Point Blank Solutions, Inc., *et al.*,<br><br>　　　　　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 10-11255 (CSS)<br><br>(Jointly Administered) |
| JON JACKS,<br><br>　　　　　　　　　　Appellant,<br><br>　　v.<br><br>THE RECOVERY TRUST FOR SS BODY ARMOR I, INC., *et al.*, f/k/a POINT BLANK SOLUTIONS, INC., *et al.* and SS BODY ARMOR I, INC. *et al.*,<br><br>　　　　　　　　　　Appellees. | Civ. Action No. 21-00895-MN<br><br>Civ. Action No. 21-00896-MN<br><br>Civ. Action No. 21-00897-MN<br><br>Civ. Action No. 21-00898-MN |

**JOINT PROPOSED BRIEFING SCHEDULE**

Pursuant to the Court's August 23, 2021 Order [C.A. No. 21-cv-00895, D.I. 20],[2] Jon Jacks, individually (the "Appellant"), the Recovery Trust for SS Body Armor I, Inc., *et al.*, f/k/a Point Blank Solutions, Inc., *et al.* (the "Recovery Trust") and SS Body Armor I, Inc. (the "Post-Confirmation Debtor," and, collectively, with the Recovery Trust, the "Appellees"), and Brian K. Ryniker, Larry Ellis, Sanjay Nayar, Rick Rosenbloom, and Jack Thurmon (collectively and solely in

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers, are: SS Body Armor I, Inc. (9361) (f/k/a Point Blank Solutions, Inc.); SS Body Armor II, Inc. (4044) (f/k/a Point Blank Body Armor, Inc.); SS Body Armor III, Inc. (9051) (f/k/a Protective Apparel Corporation of America); and PBSS, LLC (8203). All correspondence and pleadings for the Debtors must be sent to SS Body Armor I, Inc., et al., c/o Pachulski Stang Ziehl & Jones LLP, 919 North Market St., 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones.

[2] There are four appeals pending before the Court, each relating to the same Opinion issued by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on June 7, 2021 [Bankr. ECF No. 4603] (the

their respective capacities as intervening parties, the "Interveners",[3] and together with the Appellees and the Appellant, the "Parties"), hereby submit their proposed briefing schedule for the above-captioned appeals (the "Appeals").[4]

## Proposed Briefing Schedule

Pursuant to the Court's August 23, 2021 Order, the Parties propose the following briefing schedule:

| Filings | Deadline |
|---|---|
| Appellant's Principal Brief and Appendix | October 22, 2021 |
| Appellees' Brief and Supplemental Appendix | December 6, 2021 |
| Interveners' Brief and Supplemental Appendix | December 6, 2021 |
| Appellant's Reply Brief | January 5, 2022 |

The Parties respectfully request that the Court enter an Order, substantially in the form attached hereto as **Exhibit A**, adopting and implementing the Parties' proposed briefing schedule.

---

"Bankruptcy Court Opinion"):  21-cv-00895, 21-cv-00896, 21-cv-00897, and 21-cv-00898.  For convenience, the Parties will reference only to the docket for Case No. 21-cv-00895 as needed.

[3] The Interveners appear in the following capacities: (i) Brian K. Ryniker, solely in his capacities as Recovery Trustee of the Recovery Trust established pursuant to the Second Amended Joint Chapter 11 Plan of Liquidation Proposed by Debtors and Official Committee of Unsecured Creditors and member of the Post-Confirmation Debtor Oversight Committee, (ii) Larry R. Ellis, solely in his capacity as member of the Recovery Trust Committee, (iii) Sanjay Nayar, solely in his capacity as member of the Recovery Trust Committee, (iv) Rick Rosenbloom, solely in his capacities as member of the Post-Confirmation Debtor Oversight Committee and member of the Recovery Trust Committee, and (v) Jack Thurmon, solely in his capacity as a member of the Post-Confirmation Debtor Oversight Committee.

[4] The Appeals relate to the following Orders issued by the Bankruptcy Court on June 10, 2021 in connection with the Bankruptcy Court Opinion: (i) *Order (I) Approving Settlement with Class Plaintiffs and (II) Granting Related Relief* [Bankr. ECF No. 4614]; (ii) *Order (I) Approving Settlement with Carter Ledyard & Milburn LLP; (II) Authorizing Dissolution Protocol; and (III) Granting Related Relief* [Bankr. ECF No. 461]; (iii) *Order Denying Motion for Order Removing Estate Fiduciaries for Cause, Requiring Disgorgement of Fees and Related Relief* [Bankr. ECF No. 4610]; (iv) *Order Granting Motion to Extend Term of Recovery Trust* [Bankr. ECF No. 4609].

2

Dated: September 7, 2021

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | **THE ROSNER LAW GROUP LLC** |

*/s/ James E. O'Neill*
Laura Davis Jones (DE 2436)
Alan J. Kornfeld (admitted *pro hac vice*)
James E. O'Neill (DE 4042)
Elissa A. Wagner (admitted *pro hac vice*)
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
    akornfeld@pszjlaw.com
    joneill@pszjlaw.com
    ewagner@pszjlaw.com

*Counsel to the Post-Confirmation Debtor*

**JON JACKS**

*/s/ Jon Jacks*
Jon Jacks, *Pro Se*
1479 Ashford Avenue, #912
San Juan, PR 00907
Telephone: (903) 738-6202
Email: jon@stockhub.com

**THE ROSNER LAW GROUP LLC**

*/s/ Jason A. Gibson*
Frederick B. Rosner (DE 3995)
Scott J. Leonhardt (DE 4885)
Jason A. Gibson (DE 6091)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Telephone: (302) 777-1111
Email: rosner@teamrosner.com
    leonhardt@teamrosner.com
    gibson@teamrosner.com

**ARENT FOX LLP**

George P. Angelich (admitted *pro hac vice*)
Beth M. Brownstein (admitted *pro hac vice*)
1301 Avenue of the Americas, 42nd Floor
New York, New York 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
Email: george.angelich@arentfox.com
    beth.brownstein@arentfox.com

Jackson D. Toof (admitted *pro hac vice*)
1717 K Street, N.W.
Washington, DC 20006
Telephone: (202) 857-6000
Facsimile: (202) 857-6395
Email: jackson.toof@arentfox.com

*Counsel to the Recovery Trust*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Sean M. Beach*
Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
Ashley E. Jacobs (No. 5635)
Rodney Square
1000 North King Street

Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1256
Email: sbeach@ycst.com
mneiburg@ycst.com
ajacobs@ycst.com

*Counsel for the Interveners*