**Exhibit A**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SS Body Armor I, Inc., *et al.*, f/k/a Point Blank Solutions, Inc., *et al.*, | Case No. 10-11255 (CSS) |
| | (Jointly Administered) |
| Debtors. | |
| JON JACKS, | Civ. Action No. 21-00895-MN |
| Appellant, | Civ. Action No. 21-00896-MN |
| v. | Civ. Action No. 21-00897-MN |
| THE RECOVERY TRUST FOR SS BODY ARMOR I, INC., *et al.*, f/k/a POINT BLANK SOLUTIONS, INC., *et al.* and SS BODY ARMOR I, INC. *et al.*, | Civ. Action No. 21-00898-MN |
| Appellees. | |

**ORDER**

Upon review of the Joint Proposed Briefing Schedule filed by the parties in the above-captioned cases, it is hereby

**ORDERED**, that Appellant's Principal Brief and Appendix be filed on or before October 22, 2021; and it is further

**ORDERED**, that Appellees' Brief and any Supplemental Appendix shall be filed on or before December 6, 2021; and it is further

**ORDERED**, that Interveners' Brief and any Supplemental Appendix shall be filed on or before December 6, 2021; and it is further

**ORDERED**, that Appellant's Reply Brief shall be filed on or before January 5, 2022.


**SO ORDERED**.


Dated: _____, 2021          _____
Wilmington, Delaware                                       Hon. Maryellen Noreika
                                                                    United States District Judge